THE PEOPLE OF THE STATE OF NEW YORK ex rel. NOR-
MAN K. GRAVES, as Superintendent of the GUSTAVUS
SWAN SOCIETY FOR THE PREVENTION OF CRUELTY TO
CHILDREN, Respondent, *v.* MILDRED FORD, Appellant.

*People ex rel. Graves* v. *Ford,* 138 App. Div. 917, affirmed.
(Argued January 25, 1912; decided February 13, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 23, 1910, which affirmed an order of the Oneida
County Court affirming an order of the City Court of
the city of Rome committing the defendant, an infant, to
the care of the relator.

*John E. Mason* for appellant.

*Albert J. O'Connor* for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

DANIEL A. SHAFER, Respondent, *v.* THOMAS FINAN,
Appellant.

*Shafer* v. *Finan,* 139 App. Div. 930, affirmed.
(Submitted January 26, 1912; decided February 13, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered August 6, 1910, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for goods alleged to have been sold and delivered.

*Henry Bacon* for appellant.

*A. H. F. Seeger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.